IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DETAO HUANG, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-02928 |
| ) | |
| GELAB COSMETICS LLC, a New Jersey ) | Honorable April M. Perry |
| Limited Liability Company; SHIJIAN LI, an ) | Honorable Jeffrey T. Gilbert |
| individual; XINGWANG CHEN, an ) | |
| individual; and BEETLES GEL POLISH, an ) | |
| Amazon online store, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AND COUNTER-CLAIMANT GELAB COSMETICS LLC'S NOTIFICATION AS TO AFFILIATES DISCLOSURE STATEMENT**

Defendant and Counterclaimant, GeLab Cosmetics LLC ("GeLab" or "Defendant GeLab"), by and through its attorneys, Peckar & Abramson, P.C., makes the following disclosure pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of civil Procedure:

1. This following individual and entities are affiliates of GeLab, as defined in Local Rule 3.2(a), through their direct ownership of GeLab:

    a. Shijian Li

    b. Xingwang Chen

    c. Zhuhai Abgel Cosmetics Co., Ltd., through its members Pingyuan Li, Ximei Peng, and Pingjun Li

Date: January 14, 2025

Respectfully Submitted,

GeLab Cosmetics LLC

By: /s/ Kevin J. O'Connor

Edward O. Pacer, #6198959
Peckar & Abramson, P.C.
30 N. LaSalle Street, Suite 4126
Chicago, IL 60602
Tel: 312.881.6301
Email: epacer@pecklaw.com

Kevin J. O'Connor. #018451995
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
Tel: 201.343.3434
Email: koconnor@pecklaw.com
*Attorneys for Defendant*
*GeLab Cosmetics, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2025, the foregoing document was served upon all parties via the Court's CM/ECF Document Filing System.

By: /s/ *Kevin J. O'Connor*
Kevin J. O'Connor